# U.S.I.A. UNDERWATER EQUIPMENT SALES CORPORATION, Appellant

v.

# DEPARTMENT OF HOMELAND SECURITY, Appellee.

### No. 2014–1498.

United States Court of Appeals, Federal Circuit.

March 6, 2015.

Joseph Gilbert Billings, Miles & Stockbridge P.C., Baltimore, MD, argued for appellant.

Domenique Grace Kirchner, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Joyce R. Branda, Robert E. Kirschman, Jr., Martin F. Hockey, Jr.

TARANTO, MAYER, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**